### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENNIS MCGOFF, et al.,** | **:** | |
| | **:** | |
| **Plaintiffs,** | **:** | |
| | **:** | **CIVIL ACTION** |
| **v.** | **:** | |
| | **:** | **NO. 74-1229** |
| **THOMAS RAPONE, et al.,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| | **:** | |

### ORDER

**AND NOW**, this __16th___ day of April, 2018, upon consideration of Defendants'

Motion to Terminate Amended Consent Decree (Doc. 108), **IT IS HEREBY ORDERED AND**

**DECREED** that the Motion is **GRANTED** as unopposed.

**BY THE COURT:**

 /s/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, U.S.D.J.**